UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re:
CHRISTOPHER ZIELER

Debtor(s).

Case No. 18-31198-AMN

(CHAPTER 13)

FILED
2019 JUN 12 P 3: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: June 12, 2019

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee tr08378
Chapter 13 Standing Trustee
(860) 278-9410 tele
(860) 527-6185 fax
e-mail: rnapolitano@ch13rn.com

## EXHIBIT A

Case Name: CHRISTOPHER ZIELER
Case Number: 1831198

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| CHRISTOPHER ZIELER<br>198 NORTH MOODUS ROAD<br>MOODUS, CT 06469 | 899 | | | $3,418.53 |